IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-703-JLK**

**BERNADETTE BEGLEY**, **on behalf of herself and all others similarly situated,**

          Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.,**

          Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      RF Investor Group member Steven Elmowitz's Notice of Withdrawal of Motion for Appointment as Lead Plaintiff, docketed as a motion (Doc. 39), is GRANTED. While Mr. Elmowitz remains a member of the putative plaintiff class, he is withdrawn as a member of the RF Investor Group seeking appointment as Lead Plaintiff. His withdrawal does not otherwise affect that Group's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel (Doc. 28), which remains pending.

_____

Dated:  May 19, 2009